**Order entered June 13, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00399-CV

## IN THE INTEREST OF M.P.B., ET AL ., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00678-W**

## ORDER

Before the Court is appellants' joint motion for a ten-day extension of time to file their briefs. We **GRANT** the motion and **ORDER** the briefs be filed no later than June 24, 2022.

/s/    CRAIG SMITH
        JUSTICE